The People of the State of New York v. George Kopp.— Motion granted. Order filed.

Joseph Bambace v. Interurban Street Railway Company.— Motion denied, without costs. Memorandum per curiam. Order filed.

Ralph Raymond v. Security Trust, etc., Company.— Motion denied, without costs. Memorandum per curiam. Order filed.

In the Matter of Willis Avenue Bridge.— Motion for reargument denied. Leave to go to Court of Appeals granted. Settle order on notice.

In the Matter of Solomon W. Ashheim.— Motion granted. Settle order on notice.

Alter Kushes v. Isidore Ginsberg.— Motion denied  Memorandum per curiam. Order filed.

Percy S. Hildreth v. The City of New York.— Motion granted. Order filed.

Anna T. Gilliam v. James S. Dyett and Others.— Motion granted. Order filed.

Jacob Kissinger v. William Livingstone.— Motion denied. Order filed.

The People of the State of New York v. James F. Dolan.— Motion granted. Order filed.

In the Matter of Ferdinand Hirsch.— Motion granted as stated in memorandum per curiam. Settle order on notice.

In the Matter of Lloyd Perry.— Respondent disbarred. Order filed.

Harry T. Gause v. Commonwealth Trust Company.— Application denied, with ten dollars costs. Order filed.

Robert Hall, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered (including costs, but exclusive of extra allowance, which is disallowed) to the sum of $10,372.70, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Henry G. Hahlo and Others, Composing the Firm of Hahlo Brothers, Respondents, v. John B. Cole, Appellant.— Order affirmed, without costs. No opinion Order filed.

Angelo Dorienza, as Administratrix, Appellant, v. New York City Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting.) Order filed.

Patrick W. Cullinan, as State Commissioner of Excise of the State of New York, Appellant, v. Peter J. Daly and American Surety Company of New York, Respondents.— Judgment and order affirmed, with costs. No opinion. Order filed.

Julius Remy, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $3,137.05, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

J. Gardner Cassatt and John Lloyd, Appellants, v. George D. Sproul, Respondent, Impleaded with Lizzie K. Goodwin, as Executrix, etc., of Howard T. Goodwin, Deceased.— Judgment affirmed, with costs. No opinion. Order filed.

John Storck, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of the Judicial Settlement of the Account of William D. Barbour, as Sole Surviving Executor and Trustee under the Last Will and Testament of William Barbour, Deceased. Thomas J. Barbour and Others, Appellants; William D. Barbour, as Executor & Trustee, etc., and Others, Respondents.— Decree affirmed, with costs. No opinion. Order filed.

Edward Alden, a Stockholder of the Aluminum Plate and Press Company, Suing on Behalf of Himself and Other Stockholders of Said Company Similarly Situated, Appellant, v. Aluminum Press Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Order filed.

Charles C. Curry, Appellant, v. The Prudential Insurance Company of America, Respondent.— Order affirmed, with costs. No opinion. (Clarke, J., dissenting.) Order filed.

In the Matter of the Probate of a Paper Propounded as the Last Will and Testament of Julia H. Egan, Otherwise Known as Julia Egan or Julia Hogan,